# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SCHEVONNE LAYNETTE BLUITT HECHAVARRIA<br><br>v.<br><br>RANDALLS FOOD & DRUG d/b/a TOM THUMB | §<br>§<br>§<br>§   CIVIL ACTION NO. 3:21-CV-1880-S-BT<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 3, 2024 [ECF No. 61]. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 2, 2024.

_____
**UNITED STATES DISTRICT JUDGE**